**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

_____

TRACEY BRADLEY,                    :
                                   :
              Plaintiff            :
                                   :         NO. 3:CV-07-556
         -vs-                      :
                                   :         (Judge Kosik)
                                   :
WALTER L. SPEED, GAINEY            :
TRANSPORT SERVICES, GAINEY         :
TRANSPORTATION SERVICES, INC.,:
and GAINEY CORPORATION,            :
                                   :
              Defendants           :
_____


## MEMORANDUM AND ORDER

We have before us a motion for partial summary judgment[1]
pursuant to Fed.R.Civ.P. 56 directed at several counts of the
amended complaint: Count II, negligent hiring against the Gainey
defendants; Count III, negligent entrustment against the Gainey
defendants; and Count IV, punitive damages against all defendants.

The motion has been briefed with references to evidence
established through discovery.  After examination of the briefs and
evidence, there appears to us to be genuine issues as to material
fact.   Plaintiff should be allowed to offer proof at trial
regarding punitive damages which may have direct impact on Counts

---

[1]This matter started as a motion to dismiss.  However,
because evidence was inspected beyond the pleadings themselves,
we converted the motion into one for partial summary judgment
after appropriate notice to the parties.

II and III.  We caution, however, that  under the authority of *Burke v. Maassen*, 904 F.2d 178 (3d Cir. 1990), plaintiffs' burden may be a heavy one.

Accordingly, the defense motion is **DENIED**, and the defendants are given twenty (20) days in which to file an answer.

SO ORDERED.


*s/Edwin M. Kosik*
United States District Judge


Dated:  January 16, 2008